James H. PATTERSON, U. S. Marshal for the Territory of Alaska, Third Division, et al., Appellants, v. H. B. OGLE, Appellee.

No. 10537.

Circuit Court of Appeals, Ninth Circuit.

Jan. 17, 1944.

Noel K. Wennblom, U. S. Atty., of Anchorage, Alaska, and Wendell Berge, Asst. Atty. Gen., for appellants.

George B. Grigsby, of Anchorage, Alaska, for appellee.

Before GARRECHT, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the oral motion of counsel for appellant for dismissal of appeal herein because of the death of appellee, and good cause therefor appearing, it is ordered that the motion to dismiss in this cause be and hereby is granted, that the appellee herein be and hereby is dismissed, that a decree be filed and entered accordingly and the mandate of this court issue forthwith.

Robert R. PIERCE, Appellant, v. UNITED STATES of America.

No. 12780.

Circuit Court of Appeals, Eighth Circuit.

March 7, 1944.

Herbert W. Baird, of Lincoln, Neb., for appellant.

Joseph T. Votava, U. S. Atty., and Emmet L. Murphy, Asst. U. S. Atty., both of Omaha, Neb., and Fred G. Hawxby, Asst. U. S. Atty., of Lincoln, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

William Hudson RITCHIE, Appellant, v. UNITED STATES of America, Appellee.

No. 10602.

Circuit Court of Appeals, Ninth Circuit.

April 22, 1944.

William Hudson Ritchie, in pro. per.

John A. Carver, U. S. Atty., and E. H. Casterlin and R. W. Beckwith, Asst. U. S. Attys., all of Boise, Idaho, for appellee.

Before STEPHENS and HEALY, Circuit Judges, and FEE, Dist. Judge.

PER CURIAM.

Upon consideration of the motion of appellee to dismiss appeal herein and good cause therefor appearing, it is ordered that the motion of appellee be and hereby is granted, that the appeal herein be dismissed for failure of appellant to comply with the provisions of Rule 20 of this Court, that a judgment be filed and entered accordingly and the mandate of this court issue as provided in Rule 28.